**Kenneth A. HINTON, Petitioner–Appellant,**

v.

**UNITED STATES PAROLE COMMISSION; Federal Bureau of Prisons, Respondents–Appellees.**

No. 03–6944.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 14, 2003.

Decided Aug. 22, 2003.

Kenneth A. Hinton, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

1999, 29 L.Ed.2d 619 (1971).

PER CURIAM.

Kenneth A. Hinton, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hinton v. United States Parole Comm'n,* No. CA–02–574–5–HO (E.D.N.C. May 29, 2003). We further deny Hinton's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.